■ ROBERT G. JOHNSON, Appellant, v JOAN B. PACKLES, Respondent.—Judgment, Supreme Court, New York County, entered on April 28, 1978, unanimously affirmed on the opinion of Nusbaum, J., without costs and without disbursements. Concur—Birns, J. P., Sandler, Bloom, Lane and Lupiano, JJ.

■ DANKWART A. RUSTOW, Respondent, v TAMAR A. RUSTOW, Appellant.—Order, Supreme Court, New York County, entered on November 9, 1978, unanimously affirmed for the reasons stated by Shea, J., at Special Term, without costs and without disbursements. Concur—Birns, J. P., Fein, Sullivan, Markewich and Lynch, JJ.

■ In the Matter of LINDA F. M., Appellant.—Order, Surrogate's Court, Bronx County, entered on March 23, 1979, unanimously affirmed for the reasons stated by Gelfand, S., without costs and without disbursements. Concur—Birns, J. P., Fein, Sullivan, Markewich and Lynch, JJ.

## SECOND DEPARTMENT, NOVEMBER, 1979

### (November 1, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL WHITE, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered March 1, 1978, convicting him of criminal possession of stolen property in the first degree and unauthorized use of a vehicle, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the conviction of criminal possession of stolen property in the first degree, and the sentence imposed thereon, and the said count is dismissed. As so modified, judgment affirmed (see *People v Johnson*, 71 AD2d 692). Hopkins, J. P., Lazer, Cohalan and Martuscello, JJ., concur.